844 A.2d 1215

**L.S., A Minor by A.S., Natural Parent and Guardian,**

v.

**David ESCHBACH, Jr., Inc. and Brenda Lowery,**

v.

**Wilmer C. Hosler and Donald M. Shellenberger.**

**Petition of: L.S., A Minor by A.S.,
Natural Parent and Guardian.**

Supreme Court of Pennsylvania.

March 3, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of March, 2004, the Petitions for Allowance of Appeal are hereby granted, limited to the following issue:

Whether the Superior Court erred in concluding that section 1705 of the Motor Vehicle Financial Responsibility Law, 75 Pa.C.S. § 1705, which restricts the recovery of individuals who have limited tort insurance coverage, applies not only to motor vehicle drivers and passengers, but also to pedestrians.